# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE: Arthur L. Oliver                CHAPTER 13

Debtor(s)

BKY. NO. 17-10207 AMC

## ENTRY OF APPEARANCE AND REQUEST FOR NOTICES

To the Clerk:

       Kindly enter my appearance on behalf of Carisbrook Asset Holding Trust and index same on the master mailing list.

                                              Respectfully submitted,

                                      /s/Rebecca A. Solarz
                                      Rebecca Solarz
                                      09 Oct 2020, 15:44:43, EDT

                                      KML Law Group, P.C.
                                      701 Market Street, Suite 5000
                                      Philadelphia, PA 19106-1532
                                      (215) 627-1322