Office Mailing Address:
Scott F. Waterman, Trustee
2901 St. Lawrence Avenue, Suite 100
Reading, PA  19606

Send Payments **ONLY** to:
Scott F. Waterman, Trustee
P.O. Box 680
Memphis, TN  38101-0680

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
## REPORT OF RECEIPTS AND DISBURSEMENTS
Activity for the period from 01/01/2020 to 06/09/2021
**Chapter 13 Case No. 17-10207-AMC**

ARTHUR L. OLIVER
5116 LEEWARD ROAD
BENSALEM  PA    19020

Petition Filed Date: 01/11/2017
341 Hearing Date: 03/17/2017
Confirmation Date: 12/14/2017

Case Status: Open / Unconfirmed

## RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 01/13/2020 | $2,280.00 | 613639923 | 02/19/2020 | $2,280.00 | 613636435 | 03/16/2020 | $2,280.00 | 613637447 |
| 06/15/2020 | $2,280.00 | 613955474 | 07/22/2020 | $2,280.00 | 613957026 | 08/26/2020 | $2,280.00 | 614270788 |
| 09/17/2020 | $2,280.00 | 614271767 | 10/14/2020 | $2,280.00 | 614413563 | 11/12/2020 | $1,865.62 | 614414204 |
| 12/22/2020 | $1,865.62 | 614603002 | 01/19/2021 | $1,865.62 | 614604262 | 02/10/2021 | $1,865.62 | 614737697 |
| 03/15/2021 | $1,865.62 | 614738654 | 04/13/2021 | $1,865.62 | 614930117 | 05/11/2021 | $1,865.62 | 614931355 |
| 06/09/2021 | $1,865.62 | 614932086 | | | | | | |

**Total Receipts for the Period: $33,164.96  Amount Refunded to Debtor Since Filing: $0.00  Total Receipts Since Filing: $112,964.96**

## DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
|---|---|---|---|---|---|
| 3 | AMERICAN INFOSOURCE LP <br> »» 003 | Unsecured Creditors | $2,072.79 | $0.00 | $2,072.79 |
| 7 | UNITED STATES TREASURY (IRS) <br> »» 07P | Priority Crediors | $4,388.63 | $4,388.63 | $0.00 |
| 7 | UNITED STATES TREASURY (IRS) <br> »» 07S | Secured Creditors | $8,488.29 | $7,563.17 | $925.12 |
| 7 | UNITED STATES TREASURY (IRS) <br> »» 07U | Unsecured Creditors | $21,617.06 | $0.00 | $21,617.06 |
| 4 | NCB MANAGEMENT SERVICES INC <br> »» 004 | Unsecured Creditors | $20,037.25 | $0.00 | $20,037.25 |
| 8 | PA DEPARTMENT OF REVENUE <br> »» 08P | Priority Crediors | $731.79 | $731.79 | $0.00 |
| 8 | PA DEPARTMENT OF REVENUE <br> »» 08S | Secured Creditors | $30,977.49 | $27,601.27 | $3,376.22 |
| 8 | PA DEPARTMENT OF REVENUE <br> »» 08U | Unsecured Creditors | $547.75 | $0.00 | $547.75 |
| 2 | PHILADELPHIA PARKING AUTHORITY <br> »» 002 | Unsecured Creditors | $8,686.50 | $0.00 | $8,686.50 |
| 6 | ROUNDPOINT MORTGAGE SERVICING CORP <br> »» 006 | Mortgage Arrears | $64,879.23 | $57,808.06 | $7,071.17 |
| 5 | WASTE MANAGEMENT - RMC <br> »» 005 | Unsecured Creditors | $74.94 | $0.00 | $74.94 |
| 9 | YOUNG MARR  & ASSOCIATES <br> »» 009 | Attorney Fees | $3,500.00 | $0.00 | $3,500.00 |

**Chapter 13 Case No. 17-10207-AMC**

---

## SUMMARY

Summary of all receipts and disbursements from date filed through 6/9/2021:

| | | | |
|---|---|---|---|
| Total Receipts: | $112,964.96 | Current Monthly Payment: | $1,865.62 |
| Paid to Claims: | $98,092.92 | Arrearages: | ($2,280.00) |
| Paid to Trustee: | $9,692.98 | Total Plan Base: | $134,938.02 |
| Funds on Hand: | $5,179.06 | | |

**NOTES:**

• **PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE!  Visit www.readingch13.com/payments/ for more  information.**

• Your case information is available to view online at the National Data Center. Please visit www.ndc.org.