| Office Mailing Address: | Send Payments **ONLY** to: |
|---|---|
| Scott F. Waterman, Trustee | Scott F. Waterman, Trustee |
| 2901 St. Lawrence Avenue, Suite 100 | P.O. Box 680 |
| Reading, PA  19606 | Memphis, TN  38101-0680 |

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
## REPORT OF RECEIPTS AND DISBURSEMENTS
Activity for the period from 04/01/2021 to 08/05/2022
### Chapter 13 Case No. 17-10207-AMC

ARTHUR L. OLIVER
5116 LEEWARD ROAD
BENSALEM  PA    19020

Petition Filed Date: 01/11/2017
341 Hearing Date: 03/17/2017
Confirmation Date: 12/14/2017

Case Status: Open / Unconfirmed

### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 04/13/2021 | $1,865.62 | 614930117 | 05/11/2021 | $1,865.62 | 614931355 | 06/09/2021 | $1,865.62 | 614932086 |
| 07/13/2021 | $1,865.62 | 615068605 | 08/17/2021 | $1,865.62 | 615270150 | 09/15/2021 | $1,865.62 | 615271331 |
| 10/14/2021 | $1,865.62 | 615455087 | 11/18/2021 | $1,865.62 | 615456404 | 12/15/2021 | $1,865.62 | 615457023 |
| 02/10/2022 | $1,865.62 | 615618246 | 03/11/2022 | $1,865.62 | 615820072 | 04/05/2022 | $1,865.62 | 615820937 |
| 04/19/2022 | $1,865.62 | 615821422 | 05/10/2022 | $1,865.62 | 615822300 | 06/08/2022 | $1,865.62 | 616003031 |

**Total Receipts for the Period:  $27,984.30    Amount Refunded to Debtor Since Filing:  $0.00   Total Receipts Since Filing: $135,352.40**

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

| | CLAIMS AND DISTRIBUTIONS | | | | |
|---|---|---|---|---|---|
| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
| 3 | AMERICAN INFOSOURCE LP<br>»» 003 | Unsecured Creditors | $2,072.79 | $535.71 | $1,537.08 |
| 7 | UNITED STATES TREASURY (IRS)<br>»» 07P | Priority Crediors | $4,388.63 | $4,388.63 | $0.00 |
| 7 | UNITED STATES TREASURY (IRS)<br>»» 07S | Secured Creditors | $8,488.29 | $8,488.29 | $0.00 |
| 7 | UNITED STATES TREASURY (IRS)<br>»» 07U | Unsecured Creditors | $21,617.06 | $5,586.95 | $16,030.11 |
| 4 | NCB MANAGEMENT SERVICES INC<br>»» 004 | Unsecured Creditors | $20,037.25 | $5,178.65 | $14,858.60 |
| 8 | PA DEPARTMENT OF REVENUE<br>»» 08P | Priority Crediors | $731.79 | $731.79 | $0.00 |
| 8 | PA DEPARTMENT OF REVENUE<br>»» 08S | Secured Creditors | $28,185.11 | $28,185.11 | $0.00 |
| 8 | PA DEPARTMENT OF REVENUE<br>»» 08U | Unsecured Creditors | $17.73 | $17.73 | $0.00 |
| 2 | PHILADELPHIA PARKING AUTHORITY<br>»» 002 | Unsecured Creditors | $8,686.50 | $2,245.03 | $6,441.47 |
| 6 | SN SERVICING CORPORATION<br>»» 006 | Mortgage Arrears | $64,879.23 | $64,879.23 | $0.00 |
| 5 | WASTE MANAGEMENT - RMC<br>»» 005 | Unsecured Creditors | $74.94 | $16.92 | $58.02 |
| 9 | YOUNG MARR  & ASSOCIATES<br>»» 009 | Attorney Fees | $3,500.00 | $3,500.00 | $0.00 |

**Chapter 13 Case No. 17-10207-AMC**

## SUMMARY

Summary of all receipts and disbursements from date filed through 8/5/2022:

| | | | |
|---|---|---|---|
| Total Receipts: | $135,352.40 | Current Monthly Payment: | $0.00 |
| Paid to Claims: | $123,754.04 | Arrearages: | $1,453.60 |
| Paid to Trustee: | $11,595.91 | Total Plan Base: | $136,806.00 |
| Funds on Hand: | $2.45 | | |

**NOTES:**

- **PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE!  Visit www.readingch13.com/payments/** for more information.

- Your case information is available to view online at the National Data Center. Please visit www.ndc.org.