Certificate Number: 03621-PAE-DE-037406204

Bankruptcy Case Number: 17-10207



03621-PAE-DE-037406204

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on May 5, 2023, at 3:44 o'clock PM EDT, Arthur Oliver completed a course on personal financial management given by telephone by Credit Card Management Services, Inc. d/b/a Debthelper.com, a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the Eastern District of Pennsylvania.

Date:  May 5, 2023

By:  /s/Ashley Bradley

Name:  Ashley Bradley

Title:  Credit Counselor