United States Bankruptcy Court

Eastern District of Pennsylvania

In re:     Case No. 17-10207-amc

Arthur L. Oliver     Chapter 13

    Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-2     User: admin     Page 1 of 3

Date Rcvd: May 10, 2023     Form ID: 138OBJ     Total Noticed: 31

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ++ | Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4). |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 12, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Arthur L. Oliver, 5116 Leeward Road, Bensalem, PA 19020-4050 |
| 13849698 | + | Acs Inc, Attn: Bankruptcy, Po Box 56317, Philadelphia, PA 19130-6317 |
| 14549730 | + | Carisbrook Asset Holding Trust, C/O Rebecca A. Solarz, Esq., 701 Market Street Suite 5000, Philadelphia, PA. 19106-1541 |
| 13855050 | + | Commonwealth of Pennsylvania, c/o CAROL E. MOMJIAN, Office of the Attorney General, 21 South 12th Street, Third Floor, Philadelphia, PA 19107-3614 |
| 13849706 | | Jonathan Lobb, Esq., Phelan Hallinan, LLP, 1617 JKF Blvd., Ste. 1400, Philadelphia, PA 19103 |
| 13849707 | + | Lazarus Financial Grou, 2301 N Central Expy Ste, Plano, TX 75075-2535 |
| 13849708 | ++ | NISSAN MOTOR ACCEPTANCE CORPORATION, LOSS RECOVERY, PO BOX 660366, DALLAS TX 75266-0366 address filed with court:, Nissan Motor, Attn: Bankruptcy, 8900 Freeport Parkway, Irving, TX 75063 |
| 13867754 | + | Newland Asset Holding Trust, c/o THOMAS YOUNG.HAE SONG, Phelan Hallinan Diamond & Jones, LLP, 1617 JFK Blvd. Suite 1400, Philadelphia, PA 19103-1814 |
| 13849712 | + | Recmgmt Srvc, 240 Emery Street, Bethlehem, PA 18015-1980 |

TOTAL: 9

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: megan.harper@phila.gov | May 10 2023 23:55:00 | City of Philadelphia, City of Philadelphia Law Dept., Tax Unit/Bankruptcy Dept, 1515 Arch Street 15th Floor, Philadelphia, PA 19102-1595 |
| 13849699 | + | Email/Text: bankruptcy@philapark.org | May 10 2023 23:56:00 | Acs Inc, Pob 41818, Philadelphia, PA 19101-1818 |
| 13849701 | | Email/Text: creditcardbkcorrespondence@bofa.com | May 10 2023 23:55:00 | Bank of America, 4161 Piedmont Pkwy, Greensboro, NC 27410 |
| 13849700 | + | Email/Text: creditcardbkcorrespondence@bofa.com | May 10 2023 23:55:00 | Bank of America, Attn: Correspondence Unit/CA6-919-02-41, Po Box 5170, Simi Valley, CA 93062-5170 |
| 13849703 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | May 11 2023 00:03:12 | Capital 1 Bank, Pob 30281, Salt Lake City, UT 84130-0281 |
| 13849702 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | May 11 2023 00:03:12 | Capital 1 Bank, Attn: Bankruptcy Dept., Po Box 30285, Salt Lake City, UT 84130-0285 |
| 13871819 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | May 11 2023 00:03:07 | Capital One Bank (USA), N.A., PO Box 71083, Charlotte, NC 28272-1083 |
| 13849704 | ^ | MEBN | May 10 2023 23:52:51 | Eastern Account System INC., Attn: Bankruptcy Dept., Po Box 837, Newtown, CT 06470-0837 |
| 13849705 | ^ | MEBN | May 10 2023 23:52:54 | Eastern Account System INC., 75 Glen Rd Ste 110, Sandy Hook, CT 06482-1175 |
| 13940264 | + | Email/Text: sbse.cio.bnc.mail@irs.gov | May 10 2023 23:55:00 | Internal Revenue Service, P O BOX 7346, Philadelphia PA 19101-7346 |
| 13880916 | ^ | MEBN | May 10 2023 23:52:52 | NCB Management Services, Inc., One Allied |

| Recip ID | | Notice Type | Date/Time | Name and Address |
|---|---|---|---|---|
| | | | | Drive, Trevose, PA 19053-6945 |
| 13919335 | ^ | MEBN | May 10 2023 23:52:55 | NEWLANDS ASSET HOLDING TRUST, C/O ROUNDPOINT MORTGAGE SERVICING CORP., 5016 PARKWAY PLAZA BLVD., STE. 200, CHARLOTTE, NC 28217-1930 |
| 13849709 | + | Email/Text: NissanBKNotices@nationalbankruptcy.com May 10 2023 23:55:00 | | Nissan Motor, Pob 660366, Dallas, TX 75266-0366 |
| 13849711 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com May 11 2023 00:03:13 | | Portfolio Recovery, 120 Corporate Blvd Ste 1, Norfolk, VA 23502 |
| 13849710 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com May 11 2023 00:03:13 | | Portfolio Recovery, Attn: Bankruptcy, Po Box 41067, Norfolk, VA 23541 |
| 13852108 | | Email/Text: RVSVCBICNOTICE1@state.pa.us May 10 2023 23:55:00 | | Pennsylvania Department of Revenue, Bankruptcy Division PO Box 280946, Harrisburg, PA 17128-0946 |
| 13870955 | + | Email/Text: bankruptcy@philapark.org May 10 2023 23:56:00 | | Philadelphia Parking Authority, 701 Market Street Suite 5400, Philadelphia, PA 19106-2895 |
| 14355347 | ^ | MEBN | May 10 2023 23:52:53 | RoundPoint Mortgage Servicing Corporation, PO Box 19409, Charlotte, NC 28219-9409 |
| 13849713 | + | Email/Text: enotifications@santanderconsumerusa.com May 10 2023 23:55:00 | | Santander Consumer Usa, Po Box 961245, Ft Worth, TX 76161-0244 |
| 14616686 | ^ | MEBN | May 10 2023 23:52:51 | U.S. Bank Trust National Association, c/o SN Servicing Corporation, 323 Fifth Street, Eureka, CA 95501-0305 |
| 13849714 | + | Email/Text: wfmelectronicbankruptcynotifications@verizonwireless.com May 10 2023 23:55:00 | | Verizon, 500 Technology Dr Ste 30, Weldon Spring, MO 63304-2225 |
| 13919308 | + | Email/Text: rmcbknotices@wm.com May 10 2023 23:56:00 | | Waste Management, 2625 W Grandview Rd, Suite 150, Phoenix, AZ 85023-3109 |

TOTAL: 22

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| smg | * | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| 13852109 | * | Pennsylvania Department of Revenue, Bankruptcy Division PO Box 280946, Harrisburg, PA 17128-0946 |
| 14381595 | * | ROUNDPOINT MORTGAGE SERVICING CORPORATION, PO BOX 19409, CHARLOTTE, NC 28219-9409 |

TOTAL: 0 Undeliverable, 3 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309):** Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: May 12, 2023          Signature:     /s/Gustava Winters

District/off: 0313-2     User: admin     Page 3 of 3
Date Rcvd: May 10, 2023     Form ID: 138OBJ     Total Noticed: 31

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 10, 2023 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| BRIAN CRAIG NICHOLAS | on behalf of Creditor CARISBROOK ASSET HOLDING TRUST bnicholas@kmllawgroup.com bkgroup@kmllawgroup.com |
| CAROL E. MOMJIAN | on behalf of Creditor Commonwealth of Pennsylvania cmomjian@attorneygeneral.gov |
| JEROME B. BLANK | on behalf of Creditor Kingsmead Asset Holding Trust jblank@pincuslaw.com |
| JEROME B. BLANK | on behalf of Creditor CARISBROOK ASSET HOLDING TRUST jblank@pincuslaw.com |
| JEROME B. BLANK | on behalf of Creditor Newlands Asset Holding Trust jblank@pincuslaw.com |
| PAUL H. YOUNG | on behalf of Debtor Arthur L. Oliver support@ymalaw.com ykaecf@gmail.com,paullawyers@gmail.com,pyoung@ymalaw.com;youngpr83562@notify.bestcase.com,tkennedy@ymalaw.com,lesliebrown.paralegal@gmail.com |
| POLLY A. LANGDON | on behalf of Trustee FREDERICK L. REIGLE ecfmail@readingch13.com |
| SCOTT F. WATERMAN [Chapter 13] | ECFMail@ReadingCh13.com |
| THOMAS SONG | on behalf of Creditor Newland Asset Holding Trust tomysong0@gmail.com |
| THOMAS SONG | on behalf of Creditor CARISBROOK ASSET HOLDING TRUST tomysong0@gmail.com |
| THOMAS SONG | on behalf of Creditor CARISBROOK ASSET HOLDING TRUST ET.AL tomysong0@gmail.com |
| United States Trustee | USTPRegion03.PH.ECF@usdoj.gov |

TOTAL: 12

*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

_____

In Re: Arthur L. Oliver

        Debtor(s)                                      Case No: 17−10207−amc

                                                          Chapter: 13

_____

## *NOTICE OF DEADLINE TO OBJECT TO DISCHARGE*

To all creditors and parties in interest, NOTICE IS GIVEN THAT:

The Standing Chapter 13 Trustee has indicated that all plan payments have been made.

Any objection to the entry of the Debtor(s)' Order of Discharge or request to delay the entry of discharge pursuant to 11 U.S.C. § 1328(h), must be filed in writing within 14 days from the date of this Notice with the Clerk of the U.S. Bankruptcy Court.

All objections must be filed with the Clerk at the following address:

                            900 Market Street
                                Suite 400
                           Philadelphia, PA 19107

In the absence of any objection, the Court may enter the Order of Discharge.

For The Court

Timothy B. McGrath
Clerk of Court

Dated: 5/10/23

                                                                                                 110 − 103
                                                                                               Form 138OBJ